UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CRYSTAL SASHINGER,<br><br>                      Petitioner,<br>    v.<br>WILLIAM RUEBART, *et al.*,<br><br>                      Respondents. | Case No. 2:25-cv-00708-ART-DJA<br><br>DISMISSAL ORDER |

      *Pro se* Petitioner Crystal Sashinger filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 on April 22, 2025. (ECF No. 1-1 ("Petition").) The Court ordered Sashinger to file an IFP application or pay the $5 filing fee on or before June 13, 2025. (ECF No. 3.) Sashinger was warned that "failure to timely comply . . . [would] result in the dismissal of the Petition without prejudice and without further advance notice." (*Id.*) To date, Sashinger has not filed an IFP application, paid the $5 filing fee, requested an extension of time, or taken any other action to prosecute this case.

      It is therefore ordered that the Petition (ECF No. 1-1) is dismissed without prejudice based upon Sashinger's failure to comply with this Court's April 25, 2025, Order.

      It is further ordered that a Certificate of Appealability is denied, as jurists of reason would not find dismissal of the Petition for the reasons stated herein to be debatable or wrong.

      It is further kindly ordered that the Clerk of Court (1) file the Petition (ECF No. 1-1), (2) add Nevada Attorney General Aaron D. Ford as counsel for Respondents,[1] (3) send the Nevada Attorney General a copy this Order and all

---

[1] No response is required from Respondents other than to respond to any orders of a reviewing court.

1

1  other filings in this matter by regenerating the notices of electronic filing, (4) enter
2  final judgment, and (5) close this case.
3       DATED: June 26, 2025

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE